UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DALE HERMAN,<br><br>Plaintiff,<br><br>v.<br><br>AARON HAWKINS, *et al*.,<br><br>Defendants. | Case No. 25-10924<br>Honorable Terrence G. Berg<br>Magistrate Judge Elizabeth A. Stafford |

# ORDER STRIKING
# PLAINTIFF'S IMPROPER FILING
# (ECF NO. 21)

In April 2025, Plaintiff Dale Herman filed this prisoner civil rights case under 42 U.S.C. § 1983, proceeding *pro se* and *in forma pauperis*. ECF No. 1. The Honorable Terrence G. Berg dismissed all of Herman's claims except his excessive force claims against Defendants Aaron Hawkins, C. Tobar, and S. Mohler. ECF No. 7. Judge Berg then referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 15. Defendants Hawkins, Tobar, and Mohler waived service. ECF No. 18; ECF No. 19; ECF No. 20.

On September 16, 2025, Herman filed a two-page document titled, "Amended Complaint." ECF No. 21. But the document is not an amended complaint. The second page of this document states "Enclosed please find page 1 of my amended complaint in Case No. 25-10924. I have amended the original to include defendants Snell, Simmans, Morgan, Jane Doe, Schneider, and Russell to be sued in their individual capacities. The rest of the complaint remains the same." *Id.*, PageID.76.

Federal Rule of Civil Procedure 7 authorizes parties to file various pleadings (*e.g.*, a complaint or an answer) or a motion that "state[s] with particularity the grounds for seeking" a court order. But Herman's filing is none of these. His filing is not an amended complaint. *See* E.D. Mich. LR 15.1 ("Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, *reproduce the entire pleading as amended*, *and may not incorporate any prior pleading by reference*.") (emphasis added). Nor is his filing a motion for leave to file an amended complaint. Because this document is an improper filing, the Court **STRIKES** it from the docket.

If Herman wishes to file an amended complaint at this time, then under Federal Rule of Civil Procedure 15(a) he must file a motion for leave to amend. And under Local Rule 15.1, Herman must attach a copy of his

proposed amended complaint.  E.D. Mich. LR 15.1 ("A party who moves to amend a pleading shall attach the proposed amended pleading to the motion.").

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford<br>ELIZABETH A. STAFFORD<br>United States Magistrate Judge

Dated: November 10, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 10, 2025.

                                                     s/Davon Allen  
                                                     DAVON ALLEN  
                                                     Case Manager