UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DALE HERMAN,** | **2:25-CV-10924-TGB-EAS** |
| Plaintiff, | HON. TERRENCE G. BERG |
| vs. | |
| **AARON HAWKINS, *et al.*,** | **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 37)** |
| Defendants. | |

This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's February 5, 2026 Report and Recommendation, ECF No. 37, recommending that Defendants' Motion for Summary Judgment based on Plaintiff's alleged failure to exhaust administrative remedies, ECF No. 24, be **DENIED.**

The Court has reviewed Magistrate Judge Stafford's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id.*

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore,

1

accept Magistrate Judge Stafford's February 5, 2026 Report and Recommendation as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Stafford's Report and Recommendation, ECF No. 37, is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 24, is **DENIED.**

**IT IS SO ORDERED.**

Dated: March 2, 2026          /s/Terrence G. Berg
                             HON. TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE